IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, dba EVERGREEN HEALTHCARE AND PUBLIC HOSPITAL DISTRICT NO. 1 OF SNOHOMISH COUNTY, dba EVERGREEN HEALTH MONROE,<br><br>Plaintiffs,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY<br><br>Defendant. | Case No. 2:21-cv-01117<br><br>DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL |

TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

AND TO:   PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendant Ironshore Specialty Insurance Company ("Ironshore") hereby removes this civil action to the United States District Court for the Western District of Washington from the Superior Court of the State of Washington for King County pursuant to 28 U.S.C. §§ 1332 and 1446, whereby this Court has subject matter jurisdiction because of diversity of citizenship for

DEFENDANT IRONSHORE SPECIALTY
INSURANCE COMPANY'S NOTICE OF
REMOVAL
Case No.: 2:21-cv-01117 - 1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4127 100804 4826-2398-9238 .v8

the parties. The grounds for removal are more particularly stated below.

1. This insurance coverage action was commenced by plaintiffs in King County Superior Court on April 30, 2021. *See* Complaint, Exhibit A attached hereto.

2. Ironshore issued a policy of insurance to King County Public Hospital District No. 1 dba Evergreen Healthcare and Public Hospital District No. 1 of Snohomish County dba Evergreen Health Monroe (collectively, "Evergreen"). Evergreen tendered claims to Ironshore for "Disinfection Event" coverage.

3. This Notice of Removal is filed within thirty (30) days after Ironshore received a copy of Evergreen's Complaint, which sets forth the basis of Ironshore's removal under 28 U.S.C. § 1446(b). As such, this removal is timely.

4. The amount in controversy in this action, exclusive of interests and costs, exceeds $75,000. Declaration of Peter J. Mintzer at ¶2. To the extent any questions arise as to whether the amount in controversy requirement is satisfied, Ironshore respectfully requests the opportunity to present supplemental evidence in support of its position that this case is subject to removal. *See Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014) ("Evidence establishing the amount [in controversy] is required by § 1446(c)(2)(B) only when the plaintiff contests, or the court questions, the defendant's allegation.").

5. Plaintiffs Evergreen are Washington public hospital districts with their respective places of business in King County and Snohomish County, Washington.

6. Ironshore is incorporated in Arizona with a principal place of business in Massachusetts.

7. This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a) since there is complete diversity of citizenship of the parties and more than $75,000, exclusive of interests and costs, is in controversy.

8. Immediately upon filing this Notice of Removal, Ironshore will file an appropriate Notice, with a copy of this Notice of Removal, with the Clerk of the King County Superior Court

DEFENDANT IRONSHORE SPECIALTY
INSURANCE COMPANY'S NOTICE OF
REMOVAL
Case No.: 2:21-cv-01117 - 2

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4127 100804 4826-2398-9238 .v8

and will provide written notice to counsel for plaintiffs.

9. **INTRA-DISTRICT ASSIGNMENT:** Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Western District of Washington is the federal judicial district embracing the King County Superior Court where the state court action being removed was originally filed.

10. By removing this action, Ironshore does not waive any objections or defenses and Ironshore specifically reserves all such objections or defenses it has to this action, including, but not limited to, insufficiency of process or service of process, jurisdiction or venue.

DATED: August 19, 2021

By: */s/ Peter J. Mintzer*
Peter J. Mintzer, WSBA# 19995
SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
Telephone: 206.447.6461
Facsimile: 206.588.4185
pmintzer@selmanlaw.com
Attorneys for Defendant IRONSHORE SPECIALTY INSURANCE COMPANY

DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL
Case No.: 2:21-cv-01117 - 3

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4127 100804 4826-2398-9238 .v8

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served the same on the interested parties in this action as follows:

| **Attorneys for Plaintiffs**<br>Dale L. Kingman<br>Greg D. Pendleton<br>GORDON TILDEN THOMAS & CORDELL<br>600 University Street, Suite 2915<br>Seattle, WA 98101<br>dkingman@gordontilden.com<br>gpendleton@gordontilden.com | ☐ Electronic Service via ECF/CM<br>☒ E-Mail<br>☐ U.S. Mail |
|---|---|

DATED this 19th day of August, 2021.

          /s/ Emily Rose
          Emily Rose
          erose@selmanlaw.com

DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY'S NOTICE OF REMOVAL
Case No.: 2:21-cv-01117 - 4

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4127 100804 4826-2398-9238 .v8