Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, dba EVERGREEN HEALTHCARE and PUBLIC HOSPITAL DISTRICT NO. 1 OF SNOHOMISH COUNTY, dba EVERGREENHEALTH MONROE,<br><br>Plaintiffs,<br><br>v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:21-cv-01117-BJR<br><br>STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT IRONSHORE SPECIALTY INSURANCE COMPANY TO ANSWER COMPLAINT |

Defendant Ironshore Specialty Insurance Company ("Ironshore") and Plaintiffs King County Public Hospital District No. 1 dba Evergreen Healthcare and Public Hospital District No. 1 dba Evergreen Health Monroe (collectively "Evergreen"), by and through their respective counsels of record, submit the following stipulation and seek the Court's approval of the same by way of the (proposed) Order submitted herewith.

## STIPULATION

This is an insurance coverage action where Plaintiffs are seeking insurance coverage from defendant for certain claimed costs incurred related to the COVID-19 pandemic. The parties have concluded that the case would benefit from a mediation currently set for October 5, 2021. To allow the parties sufficient time to prepare for and focus on this mediation, the

STIPULATION AND ORDER EXTENDING THE TIME
CASE NO.: 2:21-CV-01117-BJR - 1

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4127 100804 4813-3544-0888 .v1

parties respectfully ask the Court to Order as follows:

1. The time for Ironshore to respond to Plaintiffs' Complaint be extended to October 12, 2021.

2. Pursuant to the Standing Order at Dkt. 9, the time to submit a Joint Status Report and Discovery Plan be extended until October 26, 2021.

Respectfully submitted,

Dated:  August 30, 2021

SELMAN BREITMAN LLP

By: */s/ Peter J. Mintzer*
Peter J. Mintzer, WSBA #19995
SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA  98101
Telephone: 206.447.6461
pmintzer@selmanlaw.com

*Attorneys for Defendant IRONSHORE SPECIALTY INSURANCE COMPANY*

GORDON TILDEN THOMAS & CORDELL

By: *Dale L. Kingman* (Signed by Peter J. Mintzer With Permission)
Dale L. Kingman, WSBA # 07060
Greg Pendleton WSBA #38361
GORDON TILDEN THOMAS & CORDELL
600 University Street, Suite 2915
Seattle, WA 98101
dkingman@gordontilden.com
gpendleton@gordontilden.com

*Attorneys for Plaintiffs KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, dba EVERGREEN HEALTHCARE and PUBLIC HOSPITAL DISTRICT NO. 1 OF SNOHOMISH COUNTY, dba EVERGREENHEALTH MONROE*

STIPULATION AND ORDER EXTENDING THE TIME
CASE NO.: 2:21-CV-01117-BJR - 2

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4127 100804 4813-3544-0888 .v1

## **ORDER**

For good cause shown, IT IS HEREBY ORDERED that the deadline for Defendant Ironshore Specialty Insurance Company, to answer Plaintiff's Complaint is extended to October 12, 2021. Further, the time to submit a Joint Status Report and Discovery Plan is extended until October 26, 2021.

Dated this 1st day of September, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

SELMAN BREITMAN LLP

By: */s/ Peter J. Mintzer*
    Peter J. Mintzer, WSBA #19995
    SELMAN BREITMAN LLP
    600 University Street, Suite 1800
    Seattle, WA 98101
    Telephone: 206.447.6461
    pmintzer@selmanlaw.com

*Attorneys for Defendant IRONSHORE SPECIALTY INSURANCE COMPANY*

GORDON TILDEN THOMAS & CORDELL

By: *Dale L. Kingman* (Signed by Peter J. Mintzer With Permission)
    Dale L. Kingman, WSBA # 07060
    Greg Pendleton WSBA #38361

STIPULATION AND ORDER EXTENDING THE TIME
CASE NO.: 2:21-CV-01117-BJR - 3

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4127 100804 4813-3544-0888 .v1

| | |
|---|---|
| 1 | GORDON TILDEN THOMAS & CORDELL |
| | 600 University Street, Suite 2915 |
| 2 | Seattle, WA 98101 |
| | dkingman@gordontilden.com |
| 3 | gpendleton@gordontilden.com |
| 4 | *Attorneys for Plaintiffs KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, dba EVERGREEN HEALTHCARE and PUBLIC HOSPITAL DISTRICT NO. 1 OF SNOHOMISH COUNTY, dba EVERGREENHEALTH MONROE* |

STIPULATION AND ORDER EXTENDING THE TIME
CASE NO.: 2:21-CV-01117-BJR - 4

SELMAN BREITMAN LLP
600 University Street, Suite 1800
Seattle, WA 98101-4129
T: 206.447.6461  F: 206.588.4185

4127 100804 4813-3544-0888 .v1