The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING COUNTY PUBLIC HOSPITAL DISTRICT NO. 1, dba EVERGREEN HEALTHCARE and PUBLIC HOSPITAL DISTRICT NO. 1 OF SNOHOMISH COUNTY, dba EVERGREENHEALTH MONROE,<br><br>            Plaintiffs,<br><br>    v.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>            Defendant. | NO.  2:21-cv-01117-BJR<br><br>NOTICE OF SETTLEMENT |

Pursuant to LCR 11(b), the parties hereby advise the Court they have reached an agreement to settle this matter.  The settlement agreement is being documented and the parties intend to file a FRCP 41(a) stipulation with the Court once settlement terms are satisfied.

NOTICE OF SETTLEMENT - 1
No. 2:21-cv-01117-BJR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 12th day of October, 2021.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiffs EvergreenHealthcare and EvergreenHealth Monroe

By     s/ *Greg D. Pendleton*
    Dale L. Kingman, WSBA #07060
    Greg D. Pendleton, WSBA #38361
    600 University Street, Suite 2915
    Seattle, Washington 98101
    206.467.6477
    dkingman@gordontilden.com
    gpendleton@gordontilden.com


**SELMAN BREITMAN LLP**
Attorneys for Defendant Ironshore Specialty Insurance Company

By     s/ *Peter J. Mintzer*
    Peter J. Mintzer, WSBA #19995
    600 University Street, Suite 1800
    Seattle, WA  98101
    206.447.6461
    pmintzer@selmanlaw.com

NOTICE OF SETTLEMENT - 2
No. 2:21-cv-01117-BJR

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477